RECEIVED
IN LAFAYETTE, LA.

MAR 6 2012
TONY R. MOORE, CLERK
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BARBARA CHRETIEN | CIVIL ACTION NO. 6:11-cv-00057 |
| VERSUS | JUDGE HAIK |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED for further consideration, consistent with the report and recommendation. In particular, the Commissioner is directed to should thoroughly analyze whether Ms. Chretien has any severe impairments, thoroughly analyze whether she has an impairment or combination of impairments that meets or medically equals a listed impairment, and

give her treating physician's opinions controlling weight unless there is good cause shown.

Lafayette, Louisiana, this 5th day of March, 2012.

*Richard T. Haik*
Richard T. Haik
United States District Judge

COPY SENT
DATE 3/6/12
BY
TO RTH/BB